1 | SAO
**RAMZY P. LADAH**
2 | Nevada Bar No. 11405
**JOSEPH C. CHU**
3 | Nevada Bar No. 11082
**LADAH LAW FIRM**
4 | 517 S. Third Street
Las Vegas, NV 89101
5 | litigation@ladahlaw.com
T: 702.252.0055
6 | F: 702.248.0055
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TDC SPECIALTY INSURANCE COMPANY; | CASE NO.: 2:24-cv-02017-APG-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF TDC SPECIALTY INSURANCE COMPANY's MOTION FOR SUMMARY JUDGMENT** |
| JAMMIE V. FOSTER, individually and as personal representative of the Estate of Lori Downing and as heir of decedent LORI DOWNING, | |
| Defendants. | |

Plaintiff, TDC SPECIALATY INSURANCE COMPANY ("Plaintiff"), and Defendant, JAMMIE V. FOSTER ("Defendant"), by and through their respective, undersigned counsel of record, hereby stipulate and agree that the deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 18) shall be extended April 8, 2025.

. . .

. . .

. . .

200239

This brief extension of time is sought to accommodate the parties ongoing, meaningful settlement negotiations. The additional time, if granted, will allow the parties to continue to engage in good-faith settlement negotiations, without imposing significant delay on the balance of the litigation.

The parties respectfully submit this extension is not being sought for reasons of undue delay or any other untoward purpose, and further, that there exists good cause justifying relief requested.

**IT IS HEREBY AGREED AND STIPULATED.**

| DATED this 24th day of March, 2023. | DATED this 24th day of March, 2023. |
|---|---|
| **CLYDE & CO US LLP** | **LADAH LAW FIRM** |
| */s/ Justin S. Hepworth, Esq.* | */s/ Ramzy P. Ladah, Esq.* |
| **AMY M. SAMBERG** | **RAMZY P. LADAH** |
| Nevada Bar No. 10212 | Nevada Bar No. 11405 |
| **JUSTIN S. HEPWORTH** | **JOSEPH C. CHU** |
| Nevada Bar No. 10080 | Nevada Bar No. 11082 |
| 7251 W. Lake Mead Boulevard, Suite 430 | 517 S. Third Street |
| Las Vegas, NV 89128 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for Defendant to file a response to Plaintiff's Motion for Summary Judgment (ECF No. 18) is extended to April 8, 2025.

**IT IS SO ORDERED.**

By _____
CHIEF UNITED STATES DISTRICT COURT JUDGE

DATED: March 25, 2025