# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TDC SPECIALTY INSURANCE COMPANY,<br><br>   Plaintiff<br><br>v.<br><br>JAMMIE V. FOSTER, et al.,<br><br>   Defendants | Case No.: 2:24-cv-02017-APG-EJY<br><br>**Order Denying Moot Motions**<br><br>[ECF Nos. 18, 19] |

In light of the parties' notice of settlement (ECF No. 22),

I ORDER that the pending motions for summary judgment and default judgment **(ECF Nos. 18, 19) are DENIED as moot**, without prejudice to refile them if the settlement does not finalize.

DATED this 5th day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE