Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

*Attorneys for Plaintiff*
*TDC Specialty Insurance Company*

**UNITIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TDC SPECIALTY INSURANCE COMPANY a District of Columbia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMMIE V. FOSTER, individually and as personal representative of the Estate of Lori Downing and as heir of decedent Lori Downing; PREFERRED CARE WEST II, INC. d/b/a MISSION PINES NURSING AND REHABILITATION CENTER; Does 1-20 and Roe Corporations 1-20, inclusive,<br><br>Defendants. | CASE NO.:  2:24-cv-02017-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

- 1 -

///

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: September ~~18~~, 2025

CLYDE & CO US LLP

/s/ *Justin S. Hepworth*
Justin S. Hepworth (NV Bar No. 10080)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
E-mail: justin.hepworth@clydeco.us
*Attorneys for Plaintiff*
*TDC Specialty Insurance Company*

LADAH LAW FIRM

/s/ (signature) #11944
Ramzy Ladah (NV Bar No. 11405)
Joseph C. Chu (NV Bar No. 11082)
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
*Attorneys for Defendant Foster*

## ORDER

Based upon the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED:

DATED: September 19, 2025

Submitted by:

CLYDE & CO US LLP

/s/ *Justin S. Hepworth*
Justin S. Hepworth (NV Bar No. 10080)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
E-mail: justin.hepworth@clydeco.us
*Attorneys for Plaintiff*

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE